# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. CIV-18-228-HE |
| | ) |
| APPROXIMATELY $1,085,385.00 IN UNITED STATES CURRENCY, SEIZED FROM ACCOUNT NUMBER XXXXX1122 LOCATED AT JP MORGAN CHASE BANK, | ) ) ) ) |
| | ) |
| Defendant. | ) |

## VERIFIED COMPLAINT FOR FORFEITURE *IN REM*

The United States of America brings this complaint and alleges as follows in accordance with Rule G(2) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions:

### Nature of the Action

1. This is an *in rem* forfeiture action to forfeit and condemn to the use and benefit of the United States of America the above-captioned defendant for violations of 18 U.S.C. § 1343.

### Jurisdiction and Venue

2. The United States brings this action *in rem* in its own right to forfeit and condemn the defendant currency, pursuant to 18 U.S.C. § 981(a)(1)(C). This Court has jurisdiction over an action commenced by the United States under 28 U.S.C. § 1345, and the Court has jurisdiction over an action for forfeiture under 28 U.S.C. § 1355(a).

3. This Court has *in rem* jurisdiction over the defendant property under 28 U.S.C. § 1355(b). Upon the filing of this complaint, the United States requests that the Court issue an arrest warrant *in rem* pursuant to Supplemental Rule G(3)(b), which the United States will execute upon the property pursuant to 28 U.S.C. § 1355 and Supplemental Rule G(3)(c).

4. Venue is proper in this district pursuant to 28 U.S.C. § 1355(b)(1), because the acts or omissions giving rise to the forfeiture occurred in this district. Venue is also proper here pursuant to 28 U.S.C. § 1395, because the property is located in this district.

## The Defendant *In Rem*

5. The defendant property consists of $1,085,385.00 held in account XXXXX1122 at J.P. Morgan Chase Bank, Oklahoma City, Oklahoma. The defendant property was seized by the Federal Bureau of Investigation pursuant to a seizure warrant issued on January 16, 2018, and is currently in the possession of the Federal Bureau of Investigation or the United States Marshals Service.

## Basis for Forfeiture

6. The defendant property is subject to forfeiture to the United States pursuant to 18 U.S.C. § 981(a)(1)(C) because it constitutes property, real or personal, which constitutes or is derived from proceeds traceable to unlawful activity, and/or is property, real or personal, which represents or is traceable to the gross receipts obtained, directly or indirectly, from a violation of 18 U.S.C. § 1343 (relating to wire fraud).

### Facts

7. The facts and circumstances supporting the seizure and forfeiture of the defendant property are contained in the supporting affidavit attached hereto and fully incorporated herein.

8. This complaint does not contain all of the information known in regards to the investigation; however, it contains enough information to establish probable cause to support a complaint for forfeiture against the defendant property.

### Claim for Relief

9. As a result of the foregoing, the defendant property is liable to condemnation and forfeiture to the United States for its use, in accordance with 18 U.S.C. § 981(a)(1)(C).

WHEREFORE, the plaintiff requests that the Court issue an arrest warrant *in rem* for the arrest and seizure of the defendant property; that notice of this action be given to all persons who reasonably appear to be potential claimants of interest of the defendant property; that the defendant property be forfeited and condemned to the United States; that the United States be awarded its costs and disbursements in this action; and for such other and further relief as this Court deems proper and just.

        Respectfully submitted,

        ROBERT J. TROESTER,
        Acting United States Attorney

        s/ *Wilson D. McGarry*                                    .
        WILSON D. McGARRY
        Assistant U.S. Attorney
        Bar No. 31146
        210 Park Avenue, Suite 400
        Oklahoma City, OK 73102
        Phone: (405) 553-8700
        Email:  wilson.mcgarry@usdoj.gov

## **VERIFICATION**

I, Scott M. Cahoon, hereby verify and declare that I am a Special Agent with the Federal Bureau of Investigation, that I have read the foregoing Verified Complaint of Forfeiture *In Rem* and know the contents thereof, and that the matters contained in the Verified Complaint are true of my own knowledge, except those matters therein stated to be alleged on information and belief and as to those matters, I believe them to be true. The sources of my knowledge and information and the grounds of my belief are the official files and records of the United States, information supplied to me by other law enforcement officers, as well as my investigation of this case, together with others.

I hereby verify and declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Executed on March 14, 2018.

Scott M. Cahoon, Special Agent
U.S. Federal Bureau of Investigation

Subscribed and sworn to before me this 14 day of March, 2018.

Notary Public, State of Oklahoma

(seal)

SHERRY DIANA WESTMORELAND
Notary Public - State of Oklahoma
Commission Number 16004411
My Commission Expires May 2, 2020

# AFFIDAVIT IN SUPPORT

I, Scott M. Cahoon, a Special Agent (SA) with the Federal Bureau of Investigation (FBI), Oklahoma City, Oklahoma, being duly sworn, depose and state as follows:

## INTRODUCTION

1.     I have been employed as a Special Agent of the FBI for approximately three years, and have been assigned to the computer intrusion squad of the Oklahoma City Division since February 2017.  During employment with the FBI, I have been assigned to investigate violations of federal law that involve but are not limited to computer intrusion and internet fraud matters.  I have gained experience in computer intrusion and internet fraud investigations through training in seminars, classes, and everyday work.  I have received training and gained experience in interviewing and interrogation techniques, arrest procedures, search warrant applications, the execution of searches and seizures, in addition to various other criminal laws and procedures.  I have personally participated in the execution of search warrants involving various types of evidence and property.

2.     As a federal agent, I am authorized to investigate violations of the laws of the United States and to seek forfeiture of property under the authority of the United States.

3.     This affidavit does not contain all of the information known to me in regards to the investigation; however, it contains enough information to establish probable cause to forfeit the property described below to the United States.

## STATUTES

4.  Title 18, United States Code, Section 1343 provides that whoever, having devised any scheme or artifice to obtain money or property by means of false or fraudulent pretenses, representations, or promises, and for the purpose of executing that scheme, knowingly transmits or causes to be sent transmitted by interstate or international wire, radio, or television any writings, signs, signals, pictures, or sounds for the purpose of executing the scheme or artifice, shall be fined or imprisoned not more than 20 years or both.

5.  Title 18, United States Code, Section 981(a)(1)(C) provides that any property, real or personal, which constitutes or is derived from proceeds traceable to a violation of, among others, Section 1343, is subject to forfeiture to the United States.

## PROPERTY AND AUTHORITY FOR FORFEITURE

6.  That this affidavit is made in support of an application for a civil forfeiture complaint to forfeit the proceeds contained in J.P. Morgan Chase account number XXXXX1122. This affidavit is made in support of forfeiture under 18 U.S.C. § 981(a)(1)(C) for violations of 18 U.S.C. § 1343 as a result of a scheme to defraud **Insured Aircraft Title Service, LLC (IATS)**, a company located in Oklahoma City, Oklahoma, through an email fraud scam.

## BASIS FOR FORFEITURE

7.  The contents of J.P. Morgan Chase account number XXXXX1122 is subject to forfeiture to the United States because it contains proceeds of, or derived from proceeds traceable to, a violation of 18 U.S.C. § 1343, Fraud by Wire, when, based on false representation of an unknown subject (**UNSUB**) in control of the account, received a transfer of $1,085,385.00 from **IATS's** FDIC-insured Bank of America debit account number XXXXXXX85210 on December 27, 2017, in the Western District of Oklahoma. On December 27, 2017, J.P. Morgan Chase placed

a fraud hold on bank account number XXXXX1122, containing the deposit of $1,085,385.00.  As a result, any funds remaining in **UNSUB's** J.P. Morgan Chase account up to $1,085,385.00 are therefore subject to civil forfeiture pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461.

## BACKGROUND OF THE INVESTIGATION AND FACTS GIVING RISE TO PROBABLE CAUSE

8. Insured Aircraft Title Services, LLC ("**IATS**") is an Oklahoma City-based aircraft title and escrow company.  In December 2017, IATS began assisting a client with purchasing certain products from Bell Helicopter ("**BH**").  Hillsboro Aviation ("**HA**", a Portland, Oregon-based company, served as the broker for the transaction.

9. During the negotiations for this transaction, **IATS** employee M. Newberry was communicating telephonically with K. Nguyen, the regional contracts manager for **BH**.

10. In December 2017, a person or persons unknown to law enforcement at this time and described in this affidavit as "**UNSUB**," learned that **IATS** was negotiating the purchase of certain products from **BH**.  **UNSUB** devised a scheme to defraud **IATS** by posing as K. Nguyen and instructing **IATS** employees to wire funds to a bank account controlled by **UNSUB**.

11. On December 21, 2017, **Megan Newberry (NEWBERRY)**, an employee at **IATS**, received an email in Oklahoma City, Oklahoma, on her company email account, [mnewberry@insuredaircraft.com](mailto:mnewberry@insuredaircraft.com), from **UNSUB**, purporting to be **Kim Nguyen (NGUYEN)**, the Regional Contracts Manager for **BH,** using email account [pnguyen02bh@yahoo.com](mailto:pnguyen02bh@yahoo.com).  The December 21st email received by **NEWBERRY** was in regard to a contract between **IATS** and **BH** for the purchase of products.  **NEWBERRY** and **NGUYEN** had already been in communication regarding purchase contract when **NEWBERRY** received the email from **UNSUB**.

In the email, **UNSUB** stated "All, Update: The attached invoice for closing has been updated. I have already called Ryan Swakon at Hillsboro as regards the update." **UNSUB** attached an invoice, which provided an itemized statement of products to be sold and purchasing prices, which totaled to $1,085,385.00. In addition, the invoice directed **IATS** to wire transfer payment directly to:

> J.P. Morgan Chase
> SWIFT No. CHASUS33
> ABA NO. 06-54-011-37
> 28 Liberty Street
> New York, NY 10005
> For the Account of Bell Helicopter Slip Stream
> TEXTRON, Inc
> Account No. 208-3-21122

12. On December 27, 2017, **NEWBERRY,** using email account mnewberry@insuredaircraft.com, received another email from pnguyen02bh@yahoo.com stating, "I would like to know if the wire transfer payment has been made."

13. On December 27, 2017, **NEWBERRY** sent a reply email to pnguyen02bh@yahoo.com stating, "No we have not closed yet."

14. On December 27, 2017, **NEWBERRY** received another email from pnguyen02bh@yahoo.com asking, "The closing was suppose to be today right?"

15. On December 27, 2017, **NEWBERRY** sent a reply email to pnguyen02bh@yahoo.com stating, "We are releasing funds now – I will send out wire confirmation to the group as requested."

16. On December 27, 2017, **IATS,** under false pretenses and the misrepresentations of the **UNSUB**, wire transferred $1,085,385.00 from Bank of America debit account number XXXXXXXX5210, branch located in the Western

4

District of Oklahoma, to J.P. Morgan Chase bank account number XXXXX1122, branch located in New York, New York.

17. On December 27, 2017, **NEWBERRY** received another email from pnguyen02bh@yahoo.com stating, "I will get back to you at noon tomorrow as regards coordinating with US Aircraft Title for the release of the Bill of sale to IATS for filing with the FAA."

18. **Chris Fiegel (FIEGEL)**, Secretary/Treasurer for **IATS,** stated that on December 27, 2017, through telephone conversations with **NGUYEN,** it was discovered that **BH** had not provided the updated invoice instructions and had not provided the updated wire transfer instructions as set forth in the December 21st email sent from pnguyen02bh@yahoo.com. In addition, **FIEGEL** advised that he had been informed that **HA**, the broker for **IATS,** had suffered a computer intrusion.

19. On December 27, 2017, J.P. Morgan law enforcement assistance confirmed that a wire was made from Bank of America debit account number XXXXXXX5210 to J.P. Morgan Chase bank account number XXXXX1122, in the amount of $1, 085,385.00.

20. On December 28, 2017, **NEWBERRY** received another email from pnguyen02bh@yahoo.com stating, "ALL We are in receipt of the wire transfers so you can go ahead and coordinate with US Aircraft Title for the release of the Bill of sale to IATS for filing with the FAA."

21. On January 3, 2018, Ryan McCartney, General Manager for **HA**, confirmed that **HA** had suffered a computer intrusion on December 23, 2017, resulting in their email being compromised and used to communicate with clients. While this intrusion could be the impetus of the fraud in this case, at this point in the investigation law enforcement has not confirmed whether the computer intrusion at **HA** directly resulted in the fraudulent activity committed by the **UNSUB** to defraud **IATS**.

intrusion at **HA** directly resulted in the fraudulent activity committed by the **UNSUB** to defraud **IATS**.

## CONCLUSION

20. Based on the above-mentioned facts, I submit there is probable cause **UNSUB** violated 18 U.S.C. § 1343 when **UNSUB** falsely represented to be **NGUYEN** convincing **IATS** to wire funds from its FDIC-insured bank in the Western District of Oklahoma to J.P. Morgan Chase bank account number XXXXX1122, branch located in New York, New York, on December 27, 2017. Consequently, the defendant property is subject to forfeiture pursuant to 18 U.S.C. § 981(a)(1)(C).

FURTHER, YOUR AFFIANT SAYETH NOT.

SCOTT M. CAHOON
Special Agent
Federal Bureau of Investigation

Subscribed and sworn to before me in my presence on this 14 day of March, 2018.

Notary Public, State of Oklahoma

(seal) SHERRY DIANA WESTMORELAND
Notary Public - State of Oklahoma
Commission Number 16004411
My Commission Expires May 2, 2020

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
UNITED STATES

### DEFENDANTS
$1,085,385.00 IN U.S. CURRENCY, SEIZED FROM ACCOUNT XXXXX1122, HELD AT JP MORGAN CHASE BANK

**(b)** County of Residence of First Listed Plaintiff _____
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant _____
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Wilson D. McGarry, Assistant U.S. Attorney, U.S. Attorney's Office, 210 Park, Suite 400, Oklahoma City, OK 73102, (405) 553-8700

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

[X] 1  U.S. Government Plaintiff
[ ] 2  U.S. Government Defendant
[ ] 3  Federal Question *(U.S. Government Not a Party)*
[ ] 4  Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)* *(For Diversity Cases Only)*

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [ ] 1 | [ ] 1 | Incorporated *or* Principal Place of Business In This State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated *and* Principal Place of Business In Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
|  | **PERSONAL INJURY** | **PERSONAL INJURY** | [ ] 625 Drug Related Seizure of Property 21 USC 881 | [ ] 422 Appeal 28 USC 158 | [ ] 375 False Claims Act |
| [ ] 110 Insurance | [ ] 310 Airplane | [ ] 365 Personal Injury - Product Liability | [X] 690 Other | [ ] 423 Withdrawal 28 USC 157 | [ ] 376 Qui Tam (31 USC 3729(a)) |
| [ ] 120 Marine | [ ] 315 Airplane Product Liability | [ ] 367 Health Care/ Pharmaceutical Personal Injury Product Liability |  | **PROPERTY RIGHTS** | [ ] 400 State Reapportionment |
| [ ] 130 Miller Act | [ ] 320 Assault, Libel & Slander |  |  | [ ] 820 Copyrights | [ ] 410 Antitrust |
| [ ] 140 Negotiable Instrument | [ ] 330 Federal Employers' Liability | [ ] 368 Asbestos Personal Injury Product Liability |  | [ ] 830 Patent | [ ] 430 Banks and Banking |
| [ ] 150 Recovery of Overpayment & Enforcement of Judgment | [ ] 340 Marine |  |  | [ ] 835 Patent - Abbreviated New Drug Application | [ ] 450 Commerce |
| [ ] 151 Medicare Act | [ ] 345 Marine Product Liability | **PERSONAL PROPERTY** | **LABOR** | [ ] 840 Trademark | [ ] 460 Deportation |
| [ ] 152 Recovery of Defaulted Student Loans (Excludes Veterans) | [ ] 350 Motor Vehicle | [ ] 370 Other Fraud | [ ] 710 Fair Labor Standards Act | **SOCIAL SECURITY** | [ ] 470 Racketeer Influenced and Corrupt Organizations |
| [ ] 153 Recovery of Overpayment of Veteran's Benefits | [ ] 355 Motor Vehicle Product Liability | [ ] 371 Truth in Lending | [ ] 720 Labor/Management Relations | [ ] 861 HIA (1395ff) | [ ] 480 Consumer Credit |
| [ ] 160 Stockholders' Suits | [ ] 360 Other Personal Injury | [ ] 380 Other Personal Property Damage | [ ] 740 Railway Labor Act | [ ] 862 Black Lung (923) | [ ] 490 Cable/Sat TV |
| [ ] 190 Other Contract | [ ] 362 Personal Injury - Medical Malpractice | [ ] 385 Property Damage Product Liability | [ ] 751 Family and Medical Leave Act | [ ] 863 DIWC/DIWW (405(g)) | [ ] 850 Securities/Commodities/ Exchange |
| [ ] 195 Contract Product Liability |  |  | [ ] 790 Other Labor Litigation | [ ] 864 SSID Title XVI | [ ] 890 Other Statutory Actions |
| [ ] 196 Franchise |  |  | [ ] 791 Employee Retirement Income Security Act | [ ] 865 RSI (405(g)) | [ ] 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** |  | **FEDERAL TAX SUITS** | [ ] 893 Environmental Matters |
| [ ] 210 Land Condemnation | [ ] 440 Other Civil Rights | **Habeas Corpus:** |  | [ ] 870 Taxes (U.S. Plaintiff or Defendant) | [ ] 895 Freedom of Information Act |
| [ ] 220 Foreclosure | [ ] 441 Voting | [ ] 463 Alien Detainee |  | [ ] 871 IRS—Third Party 26 USC 7609 | [ ] 896 Arbitration |
| [ ] 230 Rent Lease & Ejectment | [ ] 442 Employment | [ ] 510 Motions to Vacate Sentence |  |  | [ ] 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| [ ] 240 Torts to Land | [ ] 443 Housing/ Accommodations | [ ] 530 General |  |  |  |
| [ ] 245 Tort Product Liability | [ ] 445 Amer. w/Disabilities - Employment | [ ] 535 Death Penalty | **IMMIGRATION** |  | [ ] 950 Constitutionality of State Statutes |
| [ ] 290 All Other Real Property |  | **Other:** | [ ] 462 Naturalization Application |  |  |
|  | [ ] 446 Amer. w/Disabilities - Other | [ ] 540 Mandamus & Other | [ ] 465 Other Immigration Actions |  |  |
|  |  | [ ] 550 Civil Rights |  |  |  |
|  | [ ] 448 Education | [ ] 555 Prison Condition |  |  |  |
|  |  | [ ] 560 Civil Detainee - Conditions of Confinement |  |  |  |

## V. ORIGIN *(Place an "X" in One Box Only)*

[ ] 1 Original Proceeding
[ ] 2 Removed from State Court
[ ] 3 Remanded from Appellate Court
[ ] 4 Reinstated or Reopened
[ ] 5 Transferred from Another District *(specify)*
[ ] 6 Multidistrict Litigation - Transfer
[ ] 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
Title 18 U.S.C., Section 1343
Brief description of cause:
Wire Fraud

## VII. REQUESTED IN COMPLAINT:

[ ] CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.
DEMAND $ _____
CHECK YES only if demanded in complaint:
JURY DEMAND: [ ] Yes  [X] No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*
JUDGE _____    DOCKET NUMBER _____

DATE: 03/15/2018
SIGNATURE OF ATTORNEY OF RECORD: s/ Wilson D. McGarry

**FOR OFFICE USE ONLY**

RECEIPT #   AMOUNT   APPLYING IFP   JUDGE   MAG. JUDGE